UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN C. STANDLEY, ) | |
| ) | CASE NO. C10-5725-JLR-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER STRIKING STIPULATED |
| MICHAEL J. ASTRUE, ) | MOTION TO EXTEND WITHOUT |
| Commissioner of Social Security ) | PREJUDICE |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed a second Stipulation for Extension of Briefing Schedule. (Dkt. 12). This motion did not include a showing of good cause, which the Court requires for any extension of the briefing schedule to be granted. Consequently, plaintiff's Stipulation is STRICKEN without prejudice. **Plaintiff may refile an agreed motion for extension with a statement of the required good cause.**

DATED this 11th day of February, 2011.

Mary Alice Theiler
United States Magistrate Judge