United States Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JOHN C. STANDLEY, | ) | |
| | ) | CIVIL NO. C10-5725-JLR-MAT |
| Plaintiff, | ) | |
| | ) | ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before March 15, 2011, Defendant's Answering Brief shall be filed on or before April 12, 2011, and Plaintiff's Reply Brief shall be filed on or before April 26, 2011.

DATED this <u>15th</u> day of February, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF –
[C10-5725JLR-MAT] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

1
2  Presented by:

3  S/EITAN KASSEL YANICH
   EITAN KASSEL YANICH, WSBA #13690
4  Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S OPENING BRIEF –
[C10-5725JLR-MAT] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226