United States Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JOHN C. STANDLEY, | ) | |
| Plaintiff, | ) | CIVIL NO. C10-5725JLR-MAT |
| | ) | |
| vs. | ) | ORDER FOR EXTENSION OF |
| | ) | TIME TO FILE PLAINTIFF'S |
| | ) | REPLY BRIEF |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Motion and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply Brief shall be filed on or before May 10, 2011.

**No further extensions will be granted.**

DATED this <u>27th</u> day of April, 2011.

Mary Alice Theiler
United States Magistrate Judge

Presented by:
<u>S/EITAN KASSEL YANICH</u>
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF – [C10-
5725JLR-MAT] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226