```
                                        ____ FILED    ____ ENTERED
                                        ____ LODGED   ____ RECEIVED

                                              JUL 11 2011

                                               AT SEATTLE
                                         CLERK U.S. DISTRICT COURT
                                      WESTERN DISTRICT OF WASHINGTON
                                      BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN C. STANDLEY, | CASE NO. C10-5725-JLR |
| Plaintiff, | |
| v. | ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REMANDS this matter for further administrative proceedings; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 11th day of July, 2011.

JAMES L. ROBART
United States District Judge

ORDER OF REMAND
PAGE -1

10-CV-05725-REQ